# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-40302   Rahdar v. City of Friendswood  
                   USDC No. 3:22-CV-280

The court has granted in part an extension of time to and including October 6, 2025 for filing appellants' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Angelique B. Tardie, Deputy Clerk  
504-310-7715

Mr. Jimmie Lee Holloway Jr.  
Mr. Jared Ryker Woodfill V